IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| URGENSYNC, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CALLCENTRIC, INC.,<br>　　　　Defendant. | CIVIL ACTION NO. 6:15-CV-00403-RWS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff UrgenSync, LLC hereby gives notice pursuant to Fed. R. Civ. P. 41(a) that all claims in this action be, and hereby are, dismissed WITH PREJUDICE and with all attorneys' fees, costs of court and expenses borne by the party incurring same.  Defendant, Callcentric, Inc. has not served an answer or motion for summary judgment.

June 22, 2015                                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Todd Y. Brandt
　　　　　　　　　　　　　　　　　　　　　Todd Y. Brandt
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027051
　　　　　　　　　　　　　　　　　　　　　BRANDT LAW FIRM
　　　　　　　　　　　　　　　　　　　　　222 North Fredonia St.
　　　　　　　　　　　　　　　　　　　　　Longview, Texas 75601
　　　　　　　　　　　　　　　　　　　　　Telephone:  (903) 212-3130
　　　　　　　　　　　　　　　　　　　　　Facsimile:   (903) 753–6761
　　　　　　　　　　　　　　　　　　　　　tbrandt@thebrandtlawfirm.com

　　　　　　　　　　　　　　　　　　　　　Attorneys for UrgenSync, LLC